1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   FRESNO COMMUNITY HOSPITAL              CASE NO. CV F 07-0997 LJO SMS
     AND MEDICAL CENTER,
12
                       Plaintiff,           **ORDER TO CLOSE ACTION**
13
          vs.
14
     TIME INSURANCE COMPANY,
15
                       Defendant.
16   _____/

17

18          Pursuant to the stipulation of the parties to dismiss this case, this Court DIRECTS the clerk to

19   close this action administratively.

20

21

22   IT IS SO ORDERED.

23   **Dated:    July 30, 2008               /s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                            1